UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RITA HOUGH,

    Plaintiff,

Case No. 12-14678

Honorable Nancy G. Edmunds

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [8]**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [13]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation,[1] in accordance with 28 U.S.C. § 636(b)(1), the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment [8] is DENIED, Defendant's motion for summary judgment [12] is GRANTED, and the case is hereby DISMISSED.

    SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: February 25, 2014

---

[1] No objections were filed.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 25, 2014, by electronic and/or ordinary mail.

        s/Johnetta M. Curry-Williams
        Case Manager
        Acting in the Absence of Carol Hemeyer